JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS FLORES RIVAS,<br>Plaintiff,<br>vs.<br>THEODORE S. SUMRALL, CHARLES SNYDER, JOHN WHEELER, III, LEE RIGNEY, RALPH MORGAN, HMFSF IP HOLDINGS LLC, VERO GEOTHERMAL USA LLC, DOES 1-200,<br>Defendants. | Case 5:25-cv-00886-JGB-SP<br>*Honorable Jesus G. Bernal*<br>**JUDGMENT** |

**JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants HMFSF IP Holdings LLC, Ralph Morgan, Lee Rigney, Theodore S. Sumrall, Vero Geothermal USA LLC, John Wheeler, III's (collectively, "Defendants") Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as against all Defendants.

3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 4, 2026

Honorable Jesus G. Bernal
United States District Judge